

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL CHIU
Phone: 212-788-1158
Fax: 212-788-0940
E-mail: dchiu@law.nyc.gov

January 17, 2007

*Via Electronic Case Filing*
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Jeter v. New York City Department of Education, *et al.*
               Docket No: 06 Civ. 3687 (DGT)(LB)

Dear Magistrate Judge Bloom:

      This office represents defendants New York City Department of Education ("DOE"), New York City Department of Investigation ("DOI") and the Special Commissioner of Investigation for the New York City School District ("SCI") (collectively, "Defendants"). This letter is submitted pursuant to Your Honor's Individual Rule 1(E) to request a one-week enlargement of time for Defendants to serve their motion to dismiss. Plaintiff advises that if the Court agrees to the one-week adjournment he will not object.

      In an order dated December 22, 2006, the Court directed Defendants to serve their motion upon Plaintiff by January 19, 2007. However, additional time is needed to finalize the motion. This is Defendants' first request for an enlargement.

      It is therefore respectfully requested that Defendants' time to serve their motion to dismiss be enlarged for a period of one week from January 19, 2007 through January 26, 2007, plaintiff's time to serve his opposition be extended from February 26, 2007 to March 5, 2007, with the time for Defendants to file the fully briefed motion electronically with the Court extended from March 12, 2007 to March 19, 2007.

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel Chiu (DC-3381)
Assistant Corporation Counsel

cc: Ernest Jeter, *pro se* (via electronic and first-class mail)