UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ERNEST JETER,

                Plaintiff,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

----------------------------------------------------------X

ORDER
06 CV 3687 (DGT) (LB)

**BLOOM, United States Magistrate Judge:**

    On March 4, 2008, the Court granted in part and denied in part defendants' motion to dismiss. Accordingly, defendants shall answer plaintiff's complaint by March 25, 2008.

    The Court shall hold an initial conference in this case on April 8, 2008 at 3:00 p.m. in Courtroom 373N on the 3rd floor of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No request for an adjournment shall be accepted unless the party first contacts the other side to obtain consent. Any request to the Court for an adjournment must be received in writing, on notice to the other side, at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                                                             LOIS BLOOM
                                                                             United States Magistrate Judge

Dated: March 5, 2008
        Brooklyn, New York