UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ERNEST JETER,

                            Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF INVESTIGATION OF THE CITY
OF NEW YORK, and THE OFFICE OF SPECIAL
COMMISSIONER OF INVESTIGATION FOR NEW
YORK CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK, *et al.*,

                            Defendants.
---------------------------------------------------------------x

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

06-CV-3687
(NGG)(LB)

    PLEASE TAKE NOTICE that, upon the annexed declaration of Bryan D. Glass, Esq., dated November 30, 2011, and upon all the prior proceedings had herein, Plaintiff, by his attorneys Glass Krakower LLP, will cross-move this Court before the Honorable Nicholas G. Garuifus, United States District Judge for the United States District Court for the Eastern District of New York, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on the issue of liability in Plaintiff's favor as to the claim of retaliation against Plaintiff, and for such other and further relief as to this Court deems just and proper.

Dated: New York, New York
      November 30, 2011

                                        GLASS KRAKOWER LLP

                          By:   _____
                                        Bryan Glass, Esq.
                                        11 Penn Plaza, 5th Floor
                                        New York, NY 10001
                                        (212) 537-6859

To: Michael A. Cardozo
     Corporation Counsel of the City of New York
     Attorney for Defendants
     100 Church Street, Room 2-115
     New York, New York   10007
     212-788-1158

Attn: Daniel Chiu
       Assistant Corporation Counsel