UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERNEST JETER,

                                     Plaintiff,                **NOTICE OF MOTION**

              - against -                                    Docket No. 06 Civ. 3687

NEW YORK CITY DEPARTMENT OF EDUCATION  (NGG)(LB)
OF THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF INVESTIGATION OF THE CITY
OF NEW YORK, and THE OFFICE OF SPECIAL
COMMISSIONER OF INVESTIGATION FOR NEW
YORK CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,

                                     Defendants.

------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel Chiu, dated March 6, 2012, the exhibits annexed thereto, and upon all the prior proceedings had herein, defendants, by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, will move this Court, before the Honorable Nicholas G. Garifus, United States District Judge for the United States District Court for the Eastern District of New York, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on such day when counsel may be heard, *in limine* and for such other and further relief as to this Court seems just and proper.

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Rules of Honorable Nicholas G. Garaufis, answering papers, if any, are to be served on or before March 12, 2012.

Dated: New York, New York
       March 6, 2012

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the City of New York
                    Attorney for Defendants
                    100 Church Street, Room 2-115
                    New York, New York 10007
                    212-788-1158

                    By: _____
                         Daniel Chiu
                         Assistant Corporation Counsel

To:   GLASS KRAKOWER LLP
      Attorneys for Plaintiff
      100 Church Street, 8th Floor
      New York, New York 10007
      212-537-6859