# GLASS KRAKOWER LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007

| | | |
|---|---|---|
| 20 BROADWAY, SUITE 1 | | 169 SOUTH MAIN STREET, # 321 |
| VALHALLA, NY 10595 | | NEW CITY, NY 10956 |

212-537-6859
914-831-1386
FAX NO. 845-510-2219

*Bryan D. Glass*  E-mail: bg@glasskrakower.com  :
    Partner

July 30, 2012

*Via ECF*
Honorable Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Ernest Jeter v. NYCDOE et al.,** 06 CV 3687 (NGG)(LB)

Dear Judge Garaufis:

I am attorney for Plaintiff Ernest Jeter in the above-referenced matter, which is currently scheduled for trial on August 13, 2012. According to the Court's most recent Memorandum and Order, dated July 13, 2012, and the Court's subsequent order, the revised Joint Pre-Trial Order is due August 3, 2012. As per Your Honor's Individual Rules, the proposed jury instructions, voir dire and verdict sheet are due July 30, 2012. I write to respectfully request a short extension of time, until Friday, August 3, to submit proposed jury instructions, voir dire questions, and a verdict sheet.

I have contacted Defendants' counsel regarding this request, and have obtained their consent. The parties are also engaged in renewed settlement discussions and hope there will be progress in this regard that ultimately could make the trial unnecessary.

Very truly yours,

s/

Bryan D. Glass, Esq.

c:   James Lemonedes and Daniel Chiu, Assistants Corporation Counsel,
     Attorneys for Defendants (via ECF)