

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL CHIU<br>*Assistant Corporation Counsel*<br>Phone: 212-788-1158<br>Fax: 212-788-0940<br>E-mail: dchiu@law.nyc.gov |
|---|---|---|

August 2, 2012

***By Electronic Case Filing***
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Jeter v. New York City Department of Education, *et al.*
                Docket No: 06 Civ. 3687 (NGG)(LB)

Dear Judge Garaufis:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced action. This letter is submitted to inform the Court that the parties have reached a settlement. The parties were schedule to begin trial on August 13, 2012.

       Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          Daniel Chiu
                                          Assistant Corporation Counsel

cc:    Bryan Glass, Esq.