UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ERNEST JETER,

                         Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF INVESTIGATION OF THE CITY OF NEW YORK, and THE OFFICE OF SPECIAL COMMISSIONER OF INVESTIGATION FOR NEW YORK CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                         Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISCONTINUANCE**

Docket No. 06 Civ. 3687 (NGG)(LB)

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above-captioned action, be, and hereby is, dismissed with prejudice against defendants without costs to either party.

Dated: New York, New York
          August 2, 2012

GLASS KRAKOWER LLP
Attorneys for Plaintiff
100 Church Street, 8th floor
New York, New York 10007
212-537-6859

By: _____
      Bryan Glass

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-115
New York, New York 10007
212-788-1158

By: _____
      Daniel Chiu
      Assistant Corporation Counsel

SO ORDERED:

_____
      U.S.D.J.